UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA DUSTIN HORSLEY, | ) | CASE NO. 1:26-cv-00479 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **OPINION AND ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge James E. Grimes Jr. recommending the Commissioner of Social Security's ("Commissioner") final decision denying Plaintiff Joshua Dustin Horsley's ("Plaintiff") applications for Disability Insurance Benefits and Supplemental Security Income be affirmed. (Doc. 12.)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1) (flush language).

The R&R was issued on August 25, 2026. (Doc. 12.) Plaintiff is represented by counsel. The failure to timely file written objections to a report and recommendation of a magistrate judge constitutes a forfeiture of *de novo* review by the district court. *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019); *see also Thomas v. Arn*, 474 U.S. 140, 146-52, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985) (upholding Sixth Circuit's waiver/forfeiture rule as within its supervisory powers and consistent with 28 U.S.C. § 636(b)(1)(C)). The R&R plainly stated the consequences for failing

to timely submit objections. (Doc. 12 at 1468.) No objection to the R&R has been filed, and the deadline for doing so has passed.

The Court has reviewed the R&R. For the reasons stated therein, the Court ACCEPTS and ADOPTS the R&R in its entirety. The Commissioner's final decision denying Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income is AFFIRMED.

**IT IS SO ORDERED.**

Date: September 11, 2026

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE